RETURN COPY


D1717784

# CITATION

RONALD MONROE, ET AL
(Plaintiff)

VS

WALMART, INC, ET AL
(Defendant)

NUMBER C-681407   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   SAM'S WEST, INC
      THROUGH ITS REGISTERED AGENT: CT CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

    Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 4, 2019**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: TYLER, MICHAEL L
(225) 922-4489 EXT. 228

*The following documents are attached:
PETITION

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____

I made service on the named party through the CT Corporation

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

APR 16 2019
by tendering a copy of this document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Allison Reed

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

EXHIBIT
1

APR 15 2019

NON-CERTIFIED COPY

RETURN COPY



D1717792

# CITATION

RONALD MONROE, ET AL  
(Plaintiff)

VS

WALMART, INC, ET AL  
(Defendant)

NUMBER C-681407   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   WALMART, INC  
THROUGH ITS REGISTERED AGENT: CT CORPORATION SYSTEM  
3867 PLAZA TOWER DRIVE  
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 4, 2019.**



*Deputy Clerk of Court for*  
**Doug Welborn, Clerk of Court**

**Requesting Attorney: TYLER, MICHAEL L**  
(225) 922-4489 EXT. 228

*The following documents are attached:  
**PETITION**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:  
**PERSONAL SERVICE:** On the party herein named at _____ .

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____ .

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____ .

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ through the _____ his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

I made service on the named party through  
CT Corporation

SERVICE:$_____  
MILEAGE$_____  
TOTAL:  $_____

Deputy Sheriff  
Parish of East Baton Rouge

APR 16 2019

by tendering a copy of this document to  
☐ Jeannine Nashorguard  ☑ Brenna Beauregard  
☐ _____ Reed

CITATION-2000

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NON-CERTIFIED COPY

APR 15 2019

NON-CERTIFIED COPY

EAST BATON ROUGE PARISH
Filed Mar 29, 2019 6:03 PM
Deputy Clerk of Court
C-681407
26

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

CASE NO. 681407                                    SECTION: 26

RONALD MONROE AND KRISTINE MONROE, BOTH INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR DAUGHTER TAYLOR MONROE

VERSUS

WALMART, INC.
AND
SAM'S WEST, INC.

FILED: _____          _____
                                                  DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsels, come Ronald Monroe and Kristine Monroe, being husband and wife, persons of the full age of majority, and domiciliaries of the Parish of East Baton Rouge, State of Louisiana, coming both Individually and as natural tutors of their minor daughter Taylor Monroe (sometimes referred to herein as "Petitioners"), who respectfully represent:

1.

Made Defendants herein are:

A.   Walmart, Inc., a foreign corporation licensed to do business in this state, whose principal business office is located at 3867 Plaza Tower Drive in the City of Baton Rouge, East Baton Rouge Parish, Louisiana; and

B.   Sam's West, Inc., a foreign corporation licensed to do business in this state, whose principal business office is located at 5615 Corporate Blvd., Ste. 400B in the City of Baton Rouge, East Baton Rouge Parish, Louisiana.

2.

Based upon Petitioner's information and belief, Defendants Walmart, Inc. and Sam's West, Inc. own and/or has custody, control, and dominion over the land and building structure that is used to operate a Sam's Club retail store, whose municipal address is 10444 N. Mall Drive, Baton Rouge, Louisiana (hereinafter referred to as the "Sam's Club").


Certified True and
Correct Copy
CertID: 20190404000506

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/4/2019 12:01 PM

3.

On April 1, 2018, Petitioner Kristine Monroe tendered a 2005 Honda Accord to the employees of Sam's Club for the purposes of getting one of the vehicle's tires replaced. The employees did in fact change the vehicle's tire and, after the receipt of payment, the employees tendered the 2005 Honda Accord back to Petitioner Kristine Monroe. At the time the employees tendered the 2005 Honda Accord back to Petitioner Kristine Monroe, no caution or warnings of any type were provided to Petitioner Kristine Monroe as she took possession of the 2005 Honda Accord.

4.

On the date identified under Paragraph 3 herein, as Petitioner Kristine Monroe was operating the 2005 Honda Accord on Interstate 110 in Baton Rouge, Louisiana, and with her minor daughter Taylor Monroe inside the vehicle as a passenger, the vehicle began to shake. Petitioner Kristine Monroe lost control of the 2005 Honda Accord as the vehicle rolled over on its sides.

5.

Petitioner Kristine Monroe shows that at the time of the incident referenced under Paragraph 4 herein, Petitioner Kristine Monroe, as well as her minor daughter Taylor Monroe, did not do anything to cause or contribute to the incident referred to herein. The incident referred to herein and the resulting injury and damages were proximately caused by the fault and negligence of the employees at Sam's Club, which fault and negligence consisted of:

A. In failing to properly affix the wheel that the employees initially removed from the vehicle back onto the 2005 Honda Accord;

B. In failing to use reasonable care to ensure that the wheel that the employees initially removed from the 2005 Honda Accord was securely affixed back onto the 2005 Honda Accord before tendering the vehicle to Petitioner Kristine Monroe;

C. In failing to reasonable care to ensure that Petitioner Kristine Monroe, as well as her minor child, would not become injured due to the employees' work on the 2005 Honda Accord not being performed in a prudent, proper and/or workman like manner;

2



| Certified True and Correct Copy CertID: 2019040400506 | East Baton Rouge Parish Deputy Clerk of Court | Generated Date: 4/4/2019 12:01 PM |

D. In causing Petitioner Kristine Monroe and her minor child to become injured due to the wheel of the 2005 Honda Accord coming a loose from the motor vehicle; and

E. In causing the 2005 Honda Accord to become damaged.

6.

Petitioner represents that Walmart, Inc. and Sam's West, Inc., as the responsible entities for Sam's Club, are liable for the actions of the employees who performed the tire replacement work on the 2005 Honda Accord pursuant to La. C.C. arts. 2317 and 2320.

7.

As a result of the accident referred to in Paragraph 4 herein, Petitioner Kristine Monroe, and her minor daughter Taylor Monroe, sustained severe and disabling bodily injuries.

8.

As a result of the accident and injuries referred to herein, Petitioner Kristine Monroe and her minor daughter Taylor Monroe have suffered disabling and debilitating physical and emotional pain and injury, and will continue to suffer such pain and injury in the future.

9.

Petition Kristine Monroe and her minor daughter Taylor Monroe have suffered special damages in the form of medical expenses incurred as a result of the accident in suit herein, and will continue to suffer such special damages in the future.

10.

As a result of the accident and injuries referred to herein, Petitioner Kristine Monroe has been caused to suffer from an impairment of her quality of life.

11.

Petitioner Kristine Monroe is therefore entitled to damages for the items set forth above, in such amounts as are reasonable in the premises.

12.

Due to the medical expenses and injuries suffered by Taylor Monroe, Ronald Monroe and Kristine Monroe, husband wife and natural tutors of Taylor Monroe, are entitled to damages for the items set forth above, in such amounts as are reasonable in the premises.

13.

Due to the injuries sustained by his wife Kristine Monroe and daughter Taylor Monroe, Ronald Monroe is entitled to loss of consortium damages.

3


Certified True and Correct Copy
CertID: 2019040400506

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/4/2019 12:01 PM

14.

Due to the damage that was caused to the 2005 Honda Accord, Ronald Monroe, the registered owner of the vehicle at the time of the incident in suit, is entitled to any and all repair and/or total loss damages associated therewith.

15.

Petitioners represent that this Honorable Court has proper jurisdiction over this matter and is the proper venue pursuant to La. C.C.P. art. 74.

16.

With this public record filing, Ronald Monroe and Kristine Monroe, both individually and on behalf of their minor daughter Taylor Monroe, assert a reservation of all rights to proceed in suit against any and all persons and/or entities who may be deemed liable for any and all damages that were sustained by petitioners for the negligent acts in suit herein.

**WHEREFORE**, Ronald Monroe and Kristine Monroe pray that the Defendants be served with a certified copy of this petition and duly cited to appear and answer the same within the delays allowed by law, and after all due delays and legal proceedings be had there be judgment herein in favor of Petitioners and against the Defendants in an amount reasonable for the injuries sustained by Petitioners, as well as their minor daughter Taylor Monroe, and the past, present and future damages advanced by Petitioners herein, together with legal interest from date of judicial demand and for all costs incurred.

Respectfully Submitted,

_____
Michael L. Tyler, Bar Roll No. 29463
The Tyler Law Firm, LLC
2321 Drusilla Lane, Suite D
Baton Rouge, Louisiana 70809
Telephone: (225) 922-4489 Ext. 228
Facsimile: (888) 841-8061

_____
Mesa B. Jefferson, Bar Roll No. 30567
2435 Drusilla Lane, Suite I
Baton Rouge, LA 70809
Telephone: (225)706-8447
Facsimile: (225) 293-3377

**PLEASE SERVE**

Walmart, Inc.
Through its Registered Agent
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

Sam's West, Inc.
Through its Registered Agent
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

4


Certified True and Correct Copy
CertID: 2019040400506


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/4/2019 12:01 PM